# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## JUDGMENT RENDERED JANUARY 29, 2021

## NO. 03-20-00466-CV

**Robert Joseph Yezak, Appellant**

**v.**

**Jeana A. Riley, Appellee**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the trial court's order denying appellant's request for a temporary restraining order signed on September 1, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.